■ HARRY GAMLER, INC., Appellant, v UNITED STATES FIDELITY and GUARANTY COMPANY, Respondent.—Judgment unanimously affirmed, with costs, on the memorandum decision at Special Term, Kane, J. (Appeal from judgment of Erie Supreme Court—insurance.) Present—Dillon, P. J., Cardamone, Schnepp, Callahan and Moule, JJ.